**FILED**

Sep 30 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

September 12, 2025

Clerk of Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Case No. 25-mc-80301-TSH

Re: Request for Issuance of Subpoena Pursuant to 17 U.S.C. §512(h)

Dear Clerk:

I, Offer Vince Shlomi, am the copyright owner of the work at issue and am proceeding pro se. Enclosed please find the following documents in support of a request for issuance of a subpoena to Patreon, Inc. (Patreon):

1 A sworn declaration pursuant to 17 U.S.C. §512(h
2. A proposed subpoena directed to Patreon, Inc.
3. A copy of the notification of claimed infringement previously sent to Patreon (Exhibit A).

4. Copy of Copyright Certificate.

Please issue the enclosed subpoena, sign and seal it, and return a conformed copy to me in the enclosed self-addressed stamped envelope.

Thank you for your assistance.

Respectfully,

_____
Offer Vince Shlomi
EMAIL: vinceoffer@squareoneent.com
ADDRESS;

TEL: # 373-8967582

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In re DMCA Subpoena to Patreon, Inc.   )        SUBPOENA TO PRODUCE
                                       )        DOCUMENTS PURSUANT
                                       )        TO 17 U.S.C. § 512(h)
_____)

TO: Custodian of Records
    Patreon, Inc.
    600 Townsend Street, Suite 500
    San Francisco, CA 94103

YOU ARE COMMANDED to produce and disclose to the undersigned, Offer Vince Shlomi, information sufficient to identify the alleged infringer who, under the username "Cold Ones," posted infringing material at the following locations:

- https://www.patreon.com/coldones
- https://www.patreon.com/posts/20-000-fiverr-112294862

The infringing material relates to Plaintiff's copyrighted work: HAMWOW© (U.S. Copyright Reg. # PA0002492894).

This subpoena is issued pursuant to 17 U.S.C. §512(h) and requires Patreon, Inc. to expeditiously disclose the identifying information, including the name, physical address, telephone number, email address, and payment information of the alleged infringer.

Date: _____

_____
Clerk of Court
United States District Court
Northern District of California

# Exhibit A

**Digital Law Group**

Attorneys licenced to practice in New York and Washington

October 8, 2024

TO: PATREON

Via Email: copyright@patreon.com

## DCMA COMPLAINT

My firm represents OFFER VINCE SHLOMI ho is submitting this second notification of claimed COPYRIGHT INFRINGENT against a creator on your platform in compliance with the requirements of section 512 of the Copyright Act.

1. Personal information:

   **SHLOMI VINCE OFFER**

   - Address: 308 Court Street, Suite 2, Brooklyn, NY 11231
   - Tel: 424-272-8518
   - Email: paula@digitallawgroup.com
   - Client's Patreon page: https://www.patreon.com/theshamwowguyshow

2. Identify the **original copyrighted work** that you claim is being infringed. If multiple works are being infringed, then please list all of the original works applicable.

   - HAMWOW© – COPYRIGHT REGISTRATION # PA0002492894 / 2024-10-02
   - https://www.youtube.com/watch?v=3GWs7WrNkeE

3. Identify the infringing work(s). Include the URL of the creator's page, as well as any other relevant URLs or information necessary to identify or locate the potentially infringing work(s).

   - Infringer: https://www.patreon.com/coldones
   - https://www.patreon.com/posts/20-000-fiverr-112294862?utm_medium=clipboard_copy&utm_source=copyLink&utm_campaign=postshare_fan&utm_content=web_share
   - Video @ 3.18,41 seconds - 3.31,03

308 Court Street, Suite 2 | Brooklyn, NY 11231

*I have a good faith belief that the material I am reporting is not authorized by the copyright owner, an agent of the owner, or the law. The information in this notice is accurate, and under penalty of perjury, I am authorized on behalf of the owner of an exclusive right that is allegedly infringed.*

Sincerely,

*Paula Brillson*

Paula Brillson

Managing Attorney

www.digitallawgroup.com

Tel: +1-424-272-8518

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-492-894**

**Effective Date of Registration:**
October 02, 2024

**Registration Decision Date:**
October 04, 2024



## Title

Title of Work: HAMWOW

## Completion/Publication

Year of Completion: 2024
Date of 1st Publication: September 22, 2024
Nation of 1st Publication: United States

## Author

- Author: Shlomi Vince Offer
  Author Created: entire motion picture, script/screenplay
  Citizen of: United States
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Shlomi Vince Offer
1680 Michigan Avenue, Suite 700, Miami, FL, 33139, United States

## Limitation of copyright claim

Material excluded from this claim: preexisting footage
Previous registration and year: PA0001612323, 2007

New material included in claim: all other cinematographic material, additional new footage, production as a motion picture

## Rights and Permissions

Organization Name: Digital Law Group, PLLC
Address: 721 West 27th Street
NY
San Pedro, CA 90731

Page 1 of 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov

General Court Number
415-522-2000

Mark B. Busby
Clerk of Court

Date: **15 September 2025**

To: **OFFER VINCE SHLOMI**

*[handwritten annotation: 9/24/25 sent back with sample Svpb.]*
*[handwritten annotation: Done thx Vince]*

RE: Missing case opening documents.

The Clerk's Office received the documents you mailed to 450 Golden Gate Avenue, San Francisco.

If you wish to open a civil case, complete and return the enclosed documents:

( ) Civil Cover Sheet

( ) Complaint form

( ) Employment Discrimination Complaint

( ) Complaint for Judicial Review of Decision of Commissioner of Social Security

(✓) Application to Proceed In Forma Pauperis or a check for $405 **[circled: √ 52]** payable to "Clerk, U.S. District Court"

( ) Magistrate Judge Consent/Declination form

( ) Proposed summons

**✓ SUBPOENA FORM — DONE**

If we don't receive a response by **15 October 2025** the documents you mailed us will be discarded.

Sincerely,
Mark B. Busby, Clerk
By: _____



San Francisco / Oakland

San Jose / Eureka/McKinleyville

# Clerk's Office
## United States District Court
## Northern District of California

**MARK B. BUSBY**
CLERK OF COURT

September 24, 2025

Vince Shlomi
555 S. Barrington Ave #125
L.A. CA 90049

Dear Sir/Madam:

Your check number 6314001772 in the amount of $52.00 is being returned for the following reason:

( )   We do not accept checks containing the statement "not to exceed". The exact filing fee is $. Your documents are being returned. Please resubmit the documents with a new check in the correct amount.

( )   Your check is made out to the wrong payee and is being returned with your documents. The correct payee is .

( )   Your check is issued in the wrong amount and is being returned with your documents. The correct payment amount should be $.

(X)   Other: Subpoena filled out incorrectly.   *Revised ovs*

Please make the necessary corrections requested above and return your payment to our office. If you have any questions, please contact me at (415) 522-2000.

Sincerely,

Peter Frontiera
Intake Deputy Clerk

For USDC Finance Use Only:

Mailed by: JPN    Date: 9/24/25