**FILED**

Sep 30 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 25-mc-80301-TSH

In re DMCA Subpoena to Patreon, Inc.   )
                                        )
_____ )

DECLARATION OF
Offer Vince Shlomi

I, Offer Vince Shlomi, declare as follows:

1. I am the copyright owner of the work titled HAMWOW©, registered with the U.S. Copyright Office as Registration No. PA0002492894 (October 2, 2024).
2. On October 8, 2024, I sent a notification of claimed infringement to Patreon, Inc., identifying infringing material posted by the user "Cold Ones." A true and correct copy of that notification is attached as Exhibit A.
3. The purpose of the requested subpoena is to obtain information sufficient to identify the alleged infringer, and this information will be used solely for the purpose of protecting my rights under Title 17 of the United States Code.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on ___Sept 12, 2025___, at Los Angeles, CA

_____
Offer Vince Shlomi
Pro Se Plaintiff & Copyright Owner


NOTARY:

PLEASE SEE ATTACHED
CALIFORNIA NOTARY
ACKNOWLEDGMENT

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____LOS ANGELES_____ )

On __SEPTEMBER 12, 2025__ before me, __YELENA OSADCHAYA NOTARY PUBLIC__,
(insert name and title of the officer)

personally appeared __OFFER VINCE SHLOMI_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

YELENA OSADCHAYA
Notary Public - California
Los Angeles County
Commission # 2496057
My Comm. Expires Aug 26, 2028