AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

**In Re: DMCA Subpoena**
*Plaintiff*
)
)
)
v.
) Civil Action No.
) **CV 25 80301 MISC**
) of
*Defendant*
) **TSH**

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: **Patreon Inc.**

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: **Identity of COLD ONES (Anything 4 Views) Account Owner — Name, Company info, Address of user**

| Place: **Send via Email: vinceoffer@squareoneent.com** | Date and Time: **Oct 6, 2025** See Attachment A |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: September 30, 2025

CLERK OF COURT
Mark B. Busby

*Kim Means*
*Signature of Clerk or Deputy Clerk*

OR

_____
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Plaintiff**
**Offer Vince Shlomi**, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# ATTACHMENT A

Case No. 25-mc-80301-TSH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In re DMCA Subpoena to Patreon, Inc.   )   SUBPOENA TO PRODUCE
                                       )   DOCUMENTS PURSUANT
                                       )   TO 17 U.S.C. § 512(h)
_____)

TO: Custodian of Records
   Patreon, Inc.
   600 Townsend Street, Suite 500
   San Francisco, CA 94103

YOU ARE COMMANDED to produce and disclose to the undersigned, Offer Vince Shlomi, information sufficient to identify the alleged infringer who, under the username "Cold Ones," posted infringing material at the following locations:

- https://www.patreon.com/coldones
- https://www.patreon.com/posts/20-000-fiverr-112294862

The infringing material relates to Plaintiff's copyrighted work: HAMWOW© (U.S. Copyright Reg. # PA0002492894).

This subpoena is issued pursuant to 17 U.S.C. §512(h) and requires Patreon, Inc. to expeditiously disclose the identifying information, including the name, physical address, telephone number, email address, and payment information of the alleged infringer.